FILED
CLERK, U.S. DISTRICT COURT

APR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOLLOWAY, | NO. CV 08-2422-JFW(E) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on April 14, 2008. The Petition challenges the criminal judgment in Los Angeles County Superior Court No. KA013225 (Petition at 1). Petitioner previously challenged this same judgment in a habeas corpus petition filed in this Court in 2002. See Holloway v. Pliler, No. CV 02-1165-JFW(E) ("the prior habeas action"). On February 13, 2003, this Court entered Judgment denying and dismissing the petition in the prior habeas action with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996"). Section 2244(b) requires that

1 | a petitioner seeking to file a "second or successive" habeas petition
2 | first obtain authorization from the court of appeals.  See Burton v.
3 | Stewart, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive
4 | authorization from Court of Appeal before filing second or successive
5 | petition, "the District Court was without jurisdiction to entertain
6 | [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
7 | 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
8 | requires the permission of the court of appeals before 'a second or
9 | successive habeas application under § 2254' may be commenced").
10 | Petitioner evidently has not yet obtained authorization from the Ninth
11 | Circuit Court of Appeals.  Consequently, this Court cannot entertain
12 | the present Petition.  See Burton v. Stewart, 127 S. Ct. at 799; see
13 | also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008)
14 | (without Court of Appeals' authorization, "this court lacks
15 | jurisdiction to consider the petition").
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

For all of the foregoing reasons, the Petition is denied and dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4/28, 2008.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PRESENTED this 25th day of April, 2008, by:

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE