FILED
CLERK, U.S. DISTRICT COURT

APR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOLLOWAY, | NO. CV 08-2422-JFW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____4/28_____, 2008.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE